**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Analyte Health, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-3566925** |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **328 S. Jefferson St., #770**<br>**Chicago, IL 60661**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)    **analytehealth.com**

6.  **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Analyte Health, Inc.**
_____     Case number (*if known*) _____
Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

8/23/18 4:47PM

| Debtor | **Analyte Health, Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Analyte Health, Inc.**
Name                                                                    Case number (*if known*) _____

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 23, 2018** _____
                    MM / DD / YYYY

**X** /s/ Munir Ali _____    **Munir Ali** _____
Signature of authorized representative of debtor         Printed name

Title    **CEO** _____

---

**18. Signature of attorney**

**X** /s/ SCOTT R. CLAR _____    Date **August 23, 2018** _____
Signature of attorney for debtor                            MM / DD / YYYY

**SCOTT R. CLAR** _____
Printed name

**Crane, Simon, Clar & Dan** _____
Firm name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297** _____
Number, Street, City, State & ZIP Code

Contact phone    **312-641-6777** _____    Email address _____

**06183741 IL** _____
Bar number and State

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| Request for Relief, Declaration, and Signatures |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08 / 23 / 2018**
              MM / DD / YYYY

X _____          **Munir Ali**
  Signature of authorized representative of debtor          Printed name

Title   **CEO**

**18. Signature of attorney**   X _____          Date   **8/23/18**
                                Signature of attorney for debtor                        MM / DD / YYYY

**SCOTT R. CLAR**
Printed name

**Crane, Simon, Clar & Dan**
Firm name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone   **312-641-6777**          Email address   sclar@cranesimon.com

**06183741 IL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Analyte Health, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
     amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, and any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 23, 2018**     X **/s/ Munir Ali**
                                           Signature of individual signing on behalf of debtor

                                            **Munir Ali**
                                            Printed name

                                            **CEO**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Analyte Health, Inc.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/23/2018     X _____
                                 Signature of individual signing on behalf of debtor

                                 Munir Ali
                                 Printed name

                                 CEO
                                 Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name          **Analyte Health, Inc.**

United States Bankruptcy Court for the:          NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................   $      **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................   $      **11,687,688.24**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................   $      **11,687,688.24**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $      **1,530,080.14**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................   $      **92,876.22**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$      **835,918.46**

4.   Total liabilities ...............................................................................................
    Lines 2 + 3a + 3b   $      **2,458,874.82**

**Fill in this information to identify the case:**

Debtor name    **Analyte Health, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$293.90** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.    **Square1 Bank** | **Checking** | **8307** | **$5,093.28** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$5,387.18**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.    **ADT Security - security deposit** | **$1,000.00** |
|---|---|
| 7.2.    **Blue Star Properties - 2 months rent security** | **$21,356.20** |

| Debtor | **Analyte Health, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 7.3. | **Square 1 Bank - Corporate Credit Card Security** | **$50,000.00** |
|---|---|---|

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **See Attached** | **$151,805.89** |
|---|---|---|

**9.** **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

**$224,162.09**

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

**11.** **Accounts receivable**

| 11a. 90 days old or less: | **174,438.14** | - | **174,438.14** | = .... | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **17,837,844.98** | - | **17,837,844.98** | =.... | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**$0.00**

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |
| **22.** **Other inventory or supplies** **Lab Kit Inventory** | | **$0.00** | | **$2,597.97** |

| Debtor | **Analyte Health, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**23.** **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$2,597.97

**24.** **Is any of the property listed in Part 5 perishable?**

☐ No
■ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** **See Attached** | $0.00 | | Unknown |
| **40.** **Office fixtures** **See Attached** | $6,024.38 | non-transferable | $0.00 |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** **Computer Equipment (see attached)** | $3,378.83 | N/A | Unknown |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

$0.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Analyte Health, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes

**Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No. Go to Part 9.
   ☐ Yes Fill in the information below.

**Real property**

54. **Does the debtor own or lease any real property?**

   ■ No. Go to Part 10.
   ☐ Yes Fill in the information below.

**Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** <br> **See Attached** | **$0.00** | | **Unknown** |
| 61. **Internet domain names and websites** <br> **See Attached** | **$0.00** | | **Unknown** |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

| | **$0.00** |
|---|---|

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Analyte Health, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | | | **Current value of debtor's interest** |
|---|---|---|---|

| 71. | **Notes receivable** | | |
|---|---|---|---|
| | Description (include name of obligor) | | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** | | |
| | Description (for example, federal, state, local) | | |
| | **2016 NOL Carry Forward** | Tax year **2016** | **$11,455,541.00** |

| 73. | **Interests in insurance policies or annuities** | |
|---|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.** | **$11,455,541.00** |
| | Add lines 71 through 77. Copy the total to line 90. | |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** | |
| | ■ No | |
| | ☐ Yes | |

| Debtor | **Analyte Health, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,387.18 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $224,162.09 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,597.97 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $11,455,541.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $11,687,688.24 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $11,687,688.24 |

## Part 2 - Deposits & Prepayments

#8 - Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Vendor Name | Address | Amount |
|---|---|---|
| ADT | PO BOX 371878, Pittsburgh, PA 15250-7878 | $118.29 |
| American Telemedicine Association | 1100 Connecticut Ave NW Suite 540, Washington, DC 20036 | $1,666.79 |
| Ascensus | PO BOX 36472, Newwark, NJ 07188-6472 | $1,906.22 |
| Atlassian Sydney | Atlassian Pty Ltd, Level 6, 341 George St, Sydney NSW 2000, Australia | $416.22 |
| Atlassian Sydney | Atlassian Pty Ltd, Level 6, 341 George St, Sydney NSW 2000, Australia | $1,625.65 |
| Blue Star Properties | 600 W Van Buren Blvd Suite 1000, Chicago, IL 60607 | $16,755.89 |
| BOB (Windstream Holdings) | Attn: Payment Assurance, PO BOX 25326, Little Rock, AR 72221-5326 | $229.00 |
| Carta ( Formerly Eshares) | 195 Page Mill Rd Suite 101, Palo Alto, CA 94306 | $1,458.27 |
| Exact Target/Salesforce | 26487 Network Place, Chicago, IL 60673-1264 | $4,341.55 |
| Google Maps | Google Maps, Inc. Department 33654, PO BOX 39000, San Francisco, CA 94139 | $6,491.72 |
| Guardian | PO BOX 677458, Dallas, TX 75267-7458 | $96.63 |
| Ifbyphone/Dialogtech | 75 Remittance Dr. Dept 6234 , Chicago, IL 60675-6234 | $2,313.85 |
| Massey & Gail | 50 E Washington Suite 400, Chicago, IL 60602 | $25,000.00 |
| Meltwater News US | Dept LA 23721, Pasadena, CA 91185-3721 | $8,750.00 |
| Mozenda | 4626 N 300 W Suite 360, Provo, UT 84604 | $1,458.35 |
| Myriad Supply | 22 West 19th St 4th Floor, New York, NY 10011 | $1,291.65 |
| Plante Moran | 16060 Collections Center Dr, Chicago, IL 60693 | $5,500.00 |
| SalesForce.com Inc | PO BOX 203141, Dallas, TX 75320-3141 | $10,885.90 |

| Name | Address | Amount |
|---|---|---|
| SecureSite SSL | 555 International Way Springfield, OR 97477 | $374.64 |
| ShareASale STX | 15 W Hubbard St Suite 500, Chicago, IL 60654 | $175.20 |
| SolarWinds / Pingdom | PO BOX 730720, Dallas, TX 75373-0720 | $336.97 |
| Steadfast | 800 S Wells St, Suite 190, Chicago, IL 60607 | $199.95 |
| TASC | Client Invoices PO BOX 88278, Milwaukee, WI 53288-0001 | $576.10 |
| Trustpilot | 245 Fifth Ave 4th Floor, New York, NY 10016 | $250.00 |
| US PATENT TRADEMARK | | $1,375.00 |
| United Healthcare Insurance Company | Dept. CH 10151, Palatine, IL 60055-0151 | $22,843.98 |
| UpToDate (Wolters Kluwer) | 230 Third Ave, Waltham, MA 02451-7528 | $83.20 |
| Travelers Insurance | Travelers CL Remittance Center, PO BOX 660317 Dallas, TX 75266-0317 | $3,511.66 |
| Travelers Insurance | Travelers CL Remittance Center, PO BOX 660317 Dallas, TX 75266-0317 | $618.79 |
| First Insurance Funding | PO BOX 7000, Carol Stream, IL 60197-7000 | $7,257.67 |
| First Insurance Funding | PO BOX 7000, Carol Stream, IL 60197-7000 | $3,576.35 |
| Navigators Insurance Company (paid through Horton) | One Penn Plaza, 32nd fl. New York, NY 10119 | $2,800.00 |
| The Horton Group | 10320 Orland Parkway, Orland Park, IL 60467 | $598.75 |
| The Horton Group | 10320 Orland Parkway, Orland Park, IL 60467 | $625.21 |
| The Hartford | PO BOX 660916, Dallas, TX 75266-0916 | $575.44 |
| The Horton Group / Travelers Insurance | Travelers CL Remittance Center, PO BOX 660317 Dallas, TX 75266-0317 | $15,721.00 |
| **TOTAL** | | **$151,805.89** |

Furniture & Fixtures
as of:    7/31/2018

| Depr Period | Item | Classification | Purchase Month | Move related Computer | Purchase Date | Purchase Description | Vendor Name | Account | Cost | Purchase Year | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | Total Depreciation | Book Value as of 7/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5yr | FF.2013.01 | Furniture/Fixtures | Jul | | 07/10/2013 | Dishwasher 24" Ss Dbl Recessed Handle | AM Electronics | Furniture & Fixtures | 1612.16 | 2013 | 161.216 | 322.432 | 322.43 | 322.43 | 322.43 | 94.04 | 1,544.99 | 67.17 |

Leashold Improvements
as of:   7/31/2018

| Depr Period | Item | Classification | Purchase Month | Move related Computer | Purchase Date | Purchase Description | Vendor Name | Account | Cost | Purchase Year | 2015 | 2016 | 2017 | 2018 | Total Depreciation | Book Value as of 7/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 yr | LI.2017.01 | Leasehold Improvements | Jul | | 2/25/2017 | Install cooling system in server room - upgrades | Shoreline Builders | Leasehold Improvements | 9,450.00 | 2017 | | | 1,606.50 | 1,819.13 | 3,425.63 | 6,024.38 |

## Part 3 - Accounts Receivable
**#11a & 11b**

| Customer Name | < 90 Days | > 90 Days | Grand Total |
|---|---|---|---|
| Analyte Physicians Group, S.C. | $169,936.95 | $17,837,844.98 | $18,007,781.93 |
| Holly Martyn | $1,856.50 | | $1,856.50 |
| Andrew McLaughlin | $1,395.59 | | $1,395.59 |
| Alejandra Haselwood | $415.68 | | $415.68 |
| Everyday Health Media, LLC | $772.00 | | $772.00 |
| Richard Foust | $61.42 | | $61.42 |
| **Grand Total** | **$174,438.14** | **$17,837,844.98** | **$18,012,283.12** |

| Description |
| --- |

Analyte Physician Group is a physician controlled entity not owned by Analyte Health but contractually controlled by Analyte Health.  Because Analyte Health is in the business of selling medical services, revenue is captured by Analyte Physician Group since patients cannot legally pay a non-physician controlled entity.  Analyte Health then bills Analyte Physician Group for administrative and marketing expenses.  This amount sits in a receivable for Analyte Physician Group indefinitely.  All the revenue Analyte Physician Group receives, minus insurance and physician salaries, is given to Analyte Health to pay down the receivable.  Because Analyte Health has never been profitable, this receivable effectively represents a net operating loss on the balance sheet.

| |
| --- |
| Cobra Premium |
| Cobra Premium |
| Cobra Premium |
| Variable Service Fees per Contract Agreement |
| Cobra Premium |
| |

Part 7: Office Furniture, fixtures and equipment; and collectibles

## 39. - Office furniture

| General Description | Qty | Net book Value of debtor's interest | Valuation Method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Curved Cubicle Desks | 52 | $0.00 | N/A | Unknown |
| Straight Cubicle Desks | 35 | $0.00 | N/A | Unknown |
| Large File Cabinets ( 4 Drawer) | 4 | $0.00 | N/A | Unknown |
| Small File Cabinets (2 Drawer) | 8 | $0.00 | N/A | Unknown |
| Office Chairs | 60 | $0.00 | N/A | Unknown |
| Large Conference Room Table w/ chairs | 1 | $0.00 | N/A | Unknown |
| Small Conference Room Tables | 5 | $0.00 | N/A | Unknown |
| **TOTAL** | | **$0.00** | | |

## 40. - Office fixtures

| General Description | Qty | Net book Value of debtor's interest | Valuation Method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| HVAC system | 1 | $ 6,024.38 | non-transferrable | $0.00 |
| **TOTAL** | | **$ 6,024.38** | | |

## 41. - Office equipment

| General Description | Qty | Net book Value of debtor's interest | Valuation Method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Computer Monitors | 50 | $0.00 | N/A | Unknown |
| Computer Laptops | 45 | $0.00 | N/A | Unknown |
| Computer Monitors | 24 | $0.00 | N/A | Unknown |
| Printers | 3 | $0.00 | N/A | Unknown |
| Soda Refrigerator | 1 | $0.00 | N/A | Unknown |
| Refrigerator | 1 | $0.00 | N/A | Unknown |
| dishwasher | 1 | $67.17 | N/A | Unknown |
| VOIP Phones | 3 | $38.64 | N/A | Unknown |
| Security Appliance | 1 | $436.47 | N/A | Unknown |
| Server Equipment | 1 | $1,559.20 | N/A | Unknown |
| Computers | 18 | $1,277.35 | N/A | Unknown |
| TOTAL | | $   3,378.83 | | |
| GRAND TOTAL | | $   9,403.21 | | |

Part 7 – Office furniture, fixtures, and equipment; and collectibles
41. Computer Equipment

| Dept Period | Item | Classification | Purchase Month | Memo related Computer | Purchase Date | Purchase Description | Vendor Name | Account Type | Account Cost | Purchase Year | 2015 | 2016 | 2017 | 2018 | Total Depreciation | Book Value as of FYH | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 yr | CE.2015.07 | Computer Equip | Mar | | 3/10/2015 | Lenovo ThinkPad P40i iCorAS0G0 180GB W10 9GB 12.5" with 3 Pro | CDW | Comp | 1,535.93 | 2015 | 261.11 | 509.86 | 509.86 | 152.31 | 1,427.13 | 108.80 | Sold/Broken |
| 3 yr | CE.2015.02 | Computer Equip | Apr | | 04/12/2015 VXX A00 V2 blue Cloud H700 + Realtook Phone (9) | S-Net Teleo Comp | Comp | 545.50 | 2015 | 92.74 | 180.02 | 180.02 | 54.10 | 506.86 | 38.64 ✓ | Sold/Broken |
| 3 yr | CE.2015.03 | Computer Equip | Apr | | 04/28/2015 12 inch MacBook 256GB - Space Gray - New computer for Dr. Cunningham | Apple Store Comp | Comp | 1,380.19 | 2015 | 234.63 | 455.46 | 455.46 | 336.87 | 1,282.43 | 97.76 | Sold/Broken |
| 3 yr | CE.2015.04 | Computer Equip | Apr | | 04/28/2015 Shipping - 12 inch MacBook 256GB-Computer Dr. Cunningham | Apple Store Comp | Comp | 13.81 | 2015 | 2.35 | 4.56 | 4.56 | 1.37 | 12.83 | 0.98 | Sold/Broken |
| 3 yr | CE.2015.05 | Computer Equip | Jun | | 6/3/2015 13" MacBook Pro w/retina display - 2.7GHz Dual core Intel Core i5 Turbo to 3.1GHz - 16:8B 18N Memo 256 GB P-5 (OC79/2015Max H) | Apple Store Comp | Comp | 1,592.69 | 2015 | 270.76 | 525.59 | 525.59 | 157.94 | 1,479.87 | 112.82 | Sold/Broken |
| 3 yr | CE.2015.06w | Computer Equip | Jun | | 6/3/2015 13" MacBook Pro w/retina display - 2.7 GHz Dual core Intel Core i5 turbo to 3.1 GHz - 16GB 1N66 Mem 256 GB (Vs1) | Apple Store Comp | Comp | 1,805.19 | 2015 | 306.88 | 595.71 | 595.71 | 179.01 | 1,677.32 | 127.87 | Sold/Broken |
| 3 yr | CE.2015.06a | Computer Equip | Jun | | 6/3/2015 13.1" Mac Book Pro w/retina display - 2.7 GHz Dual core Intel Core i5 turbo to 3.1 GHz - 16GB 18N Memo 256 GB (Vs1) | | Comp | 1,805.19 | 2015 | 306.88 | 595.71 | 595.71 | 179.01 | 1,677.32 | 127.87 | Sold/Broken |
| 3 yr | CE.2015.07 | Computer Equip | Jul | | 7/2/2015 13 inch MacBook Pro with Retina Display 2.7GHz Dual core Intel Core i5 16GB 186GHz 256 GB | Apple SH Comp | Comp | 1,820.07 | 2015 | 309.41 | 600.62 | 600.62 | 180.49 | 1,691.15 | 129.92 | Sold/Broken |
| 3 yr | CE.2015.07 | Computer Equip | Jul | | 08/27/2015 13 inch MacBook Pro with Retina display 2.7GHz Dual core Intel Core i5 16GB 186GHz 256GB Pro w board Flash Storage (Tammy Men) | | Comp | 1,805.19 | 2015 | 306.88 | 595.71 | 595.71 | 179.01 | 1,677.32 | 127.87 | Sold/Broken |
| 3 yr | CE.2015.08 | Computer Equip | Aug | | 11/22/2015 15-inch MacBook Pro with Retina display 2.2GHz Quad core Intel Core i7 16GB 160DMHz 512GB (Sam antha Vlase) | Apple Store Comp | Comp | 2,458.63 | 2015 | 417.97 | 811.35 | 811.35 | 243.81 | 2,284.48 | 174.15 | Sold/Broken |
| 3 yr | CE.2015.10 | Computer Equip | Dec | | 12/06/2015 Lenovo ThinkPad T430 Core i7 16DDi 256 GB SSD 8 GB RAM Windows 7 Pro (Nick Tadic- replacement) | CDW | Comp | 1,570.19 | 2015 | 266.93 | 518.16 | 518.16 | 155.71 | 1,458.97 | 111.22 | Sold/Broken |
| 3 yr | CE.2015.11 | Computer Equip | Dec | | 12/23/2015 Lenovo ThinkPad T460s Core i7 16DDi 256 GB SSD 8 GB RAM Windows 7 Pro- (Bronson) | CDW | Comp | 1,766.89 | 2015 | 300.37 | 583.07 | 583.07 | 175.22 | 1,641.74 | 125.15 | Sold/Broken |
| 3 yr | CE.2016.01 | Computer Equip | Feb | | 02/03/2016 13 inch MacBook Pro with Retina display 2.7GHz Dual core Intel Core i5 16GB 186GHz 256GB Pro w board Flash Host | Apple Store Comp | Comp | 1,820.07 | 2016 | | 309.41 | 600.62 | 350.36 | 1,260.40 | 559.67 | Sold/Broken |
| 3 yr | CE.2016.02 | Computer Equip | Feb | | 02/10/2016 (7) Zero Ax4 550GX Security Applicant with HiteWORER Services Mfg. Part#: AXASOGM-FS (1N6V4C) 42322N% (Firewalls to replace Archival devices on Production environment) | CDW | Comp | 1,419.41 | 2016 | | 241.30 | 468.41 | 273.24 | 982.94 | 436.47 ✓ | Sold/Broken |
| 3 yr | CE.2016.04 | Computer Equip | Mar | | 03/24/2016 APPLE laptop MBP 13.3 PSDGR Serial No. (DGSH154PPDHL) W10CH - Lisa Keefe | Apple Store Comp | Comp | 1,820.07 | 2016 | | 309.41 | 600.62 | 350.36 | 1,260.40 | 559.67 | Sold/Broken |
| 3 yr | CE.2016.05 | Computer Equip | Mar | | 03/29/2016 PAYPAL "CNCN1MPL0T. 39 Supermicro Server (PS 60GN) 64GB 4x Intel 4 core 970GB Eight Core 129EB 80106) # | PAYPAL * Ax Comp | Comp | 3,059.56 | 2016 | | 520.13 | 1,009.65 | 588.97 | 2,118.75 | 940.81 ✓ | Sold/Broken |
| 3 yr | CE.2016.06 | Computer Equip | Jun | | 05/26/2016 13 inch MacBook Pro with Retina display (Patrick Vinci) 2.7GHz Dual core Intel Core i5 1.5Ghz 16GB 186DMHz (PDS61V1RAM4, 256GB PO w board Flash Storage | Apple Store Comp | Comp | 1,805.19 | 2016 | | 306.88 | 595.71 | 347.50 | 1,250.09 | 555.10 | Sold/Broken |
| 3 yr | CE.2016.06 | Computer Equip | Jun | | 6/29/2016 13 inch MacBook Pro with Retina display (Adam Sourani) 2.7GHz Dual core Intel Core i5 1GHz 8GB 186DMHz (PDS61V1RAM4, 128EB PO w board Flash Storage | Apple Store Comp | Comp | 1,380.19 | 2016 | | 234.63 | 455.46 | 265.69 | 955.78 | 424.41 | Sold/Broken |
| 3 yr | CE.2016.06 | Computer Equip | Jun | | 06/15/2016 13 inch MacBook Pro with Retina display (Brad Pomante) 2.7GHz Dual core Intel Core i5 1GHz 8GB 186DMHz (PDS61V1RAM4, 256EB PO w board Flash Storage | Apple Store Comp | Comp | 1,380.19 | 2016 | | 234.63 | 455.46 | 265.69 | 955.78 | 424.41 | Sold/Broken |
| 3 yr | CE.2016.08 | Computer Equip | Jul | | 06/25/2016 Lenovo ThinkPad T460 - OA laptop - Noyes Olson | AMAZON N Comp | Comp | 1,149.00 | 2016 | | 229.33 | 445.17 | 259.68 | 934.18 | 414.82 | Sold/Broken |
| 3 yr | CE.2016.09 | Computer Equip | Jul | | 07/13/2016 Supermicro (2) 970TV.4 - Dual Intel Xeon E Core 2 Aisle 10 Server | AMAZON N Comp | Comp | 1,440.00 | 2016 | | 86.02 | 166.98 | 97.41 | 350.41 | 155.80 | Sold/Broken |
| 3 yr | CE.2016.11 | Computer Equip | Jul | | 07/27/2016 APPLE MBP 13.97 70P1C0N0TF1/M0R USA Serial No. - (TOD73197VTH) MT45DLVBY (Sattie Gregg) | Apple Store Comp | Comp | 1,380.19 | 2016 | | 234.63 | 455.46 | 265.69 | 955.78 | 424.41 | Sold/Broken |
| 3 yr | CE.2016.12 | Computer Equip | Aug | | 08/30/2016 39 Supermicro Server XYC 80DGB 6RF 4x Intel Xeon E7 A500 Eight Core 129EB 80106# 4-1 | UNIXSUPPL Comp | Comp | 1,505.00 | 2016 | | 255.85 | 496.65 | 289.71 | 1,042.21 | 462.79 ✓ | Sold/Broken |
| 3 yr | CE.2016.13 | Computer Equip | Aug | | 10/06/2016 Lenovo ThinkPad Edge P560 Laptop upgrade for Dr. Byrns | AMAZON N Comp | Comp | 899.00 | 2016 | | 152.83 | 296.67 | 173.06 | 622.56 | 276.44 | Sold/Broken |
| 3 yr | CE.2016.14 | Computer Equip | Oct | | 10/25/2016 2.3Ghz Dual core Intel Core i5 8 270GHz Serial No(LP0C63) (Michael Schnott | Apple Store Comp | Comp | 1,805.19 | 2016 | | 306.88 | 595.71 | 347.50 | 1,250.09 | 555.10 | Sold/Broken |
| 3 yr | CE.2017.02 | Computer Equip | Oct | | 01/06/2017 APPLE Chris Dawson MABPA 13.57 2C2GZ8ZG4EYG0 Serial No. (C3H56N22HMY) 20T5EU1/A | Apple Store Comp | Comp | 1,433.11 | 2017 | | | 243.66 | 275.91 | 519.57 | 913.74 | Sold/Broken |
| 3 yr | CE.2017.02 | Computer Equip | Jan | | 08/09/2017 Dell Latitude E7470 - Kevin Weinstein-CEO | AMAZON N Comp | Comp | 1,099.11 | 2017 | | | 186.85 | 211.58 | 398.43 | 700.68 | Sold/Broken |
| 3 yr | CE.2017.03 | Computer Equip | Jan | | 8/24/2017 Dell Latitude 14 5s - Stefan Dean - VP of Marketing Solutions | AMAZON N Comp | Comp | 1,069.00 | 2017 | | | 181.73 | 205.78 | 387.51 | 681.49 | Sold/Broken |
| 3 yr | CE.2017.11 | Computer Equip | Nov | | 11/15/2017 Part "13" Apple Macbook | BestBuy | Comp | 1,221.86 | 2017 | | | 207.72 | 235.21 | 442.92 | 778.94 | Sold/Broken |
| 3 yr | CE.2017.12 | Computer Equip | New | | 12/21/2017 Dell Computer - Anne Mela | Dell | Comp | 817.06 | 2017 | | | 138.90 | 157.28 | 296.18 | 520.88 | Sold/Broken |
| 3 yr | CE.2018.01a | Computer Equip | Jan | | 1/24/2018 Dell Computer - Christina Glise | Dell | Comp | 742.68 | 2018 | | | | 73.65 | 73.65 | 669.03 | Sold/Broken |
| 3 yr | CE.2018.01b | Computer Equip | Jan | | 1/29/2018 Dell Computer - Luke Xiao | Dell | Comp | 1,109.22 | 2018 | | | | 110.00 | 110.00 | 999.22 | Sold/Broken |
| 3 yr | CE.2018.04 | Computer Equip | Apr | | 4/10/2018 Computers for Lauren French & Jeff Darragh | Dell? | Comp | 1,417.96 | 2018 | | | | 140.61 | 140.61 | 1,277.35 | 1V | Sold/Broken |
| 3 yr | CE.2018.05 | Computer Equip | May | | 5/06/2018 4 Computers for Robert Ference (Jennifer Sample, Quick Smith, Brittany Thomas) | Dell | Comp | 3,285.58 | 2018 | | | | 385.32 | 385.32 | 3,500.26 | Sold/Broken |
| | | | | | | | | | | | | | | 34,981.83 | | | 18,166.42 Sold/Broken |
| | | | | | | | | | | | | | | | | | 16,814.77 Adjusted Total |
| | | | | | | | | | | | | | | | | | 3,311.65 |

(Jeff's was sold)



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Aug 20 03:31:02 EDT 2018*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# Analyte Health

| | |
|---|---|
| **Word Mark** | ANALYTE HEALTH |
| **Goods and Services** | IC 042. US 100 101. G & S: Medical laboratory services, including the facilitation of laboratory testing, providing assistance in the interpretation of laboratory results and actionable next steps. FIRST USE: 20101101. FIRST USE IN COMMERCE: 20101201 |
| | IC 044. US 100 101. G & S: Provision of health care and medical services by health care professionals via the Internet or telecommunication networks. FIRST USE: 20101101. FIRST USE IN COMMERCE: 20101201 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87918163 |
| **Filing Date** | May 11, 2018 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Analyte Health, Inc. CORPORATION DELAWARE Suite 770 328 South Jefferson Street Chicago ILLINOIS 60661 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | Top | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Aug 20 03:31:02 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC |
| LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start List At:        OR  Jump  to record:        **Record 2 out of 23**

| TSDR | ASSIGN Status | TTAB Status |  ( Use the "Back" button of the Internet Browser to return to TESS)

# Health Test Express

| | |
|---|---|
| **Word Mark** | HEALTH TEST EXPRESS |
| **Goods and Services** | IC 010. US 026 039 044. G & S: Specimen collection kits comprised of medical implements and tools, including lancets, tubes and vials for collection of bodily fluids necessary for laboratory testing. FIRST USE: 20171101. FIRST USE IN COMMERCE: 20171130 |
| | IC 042. US 100 101. G & S: Medical laboratory services, including the facilitation of laboratory testing, providing assistance in the interpretation of laboratory results and actionable next steps. FIRST USE: 20171101. FIRST USE IN COMMERCE: 20171130 |
| | IC 044. US 100 101. G & S: Provision of health care and medical services by health care professionals via the Internet or telecommunication networks, including the ordering, review and interpretation of diagnostic testing. FIRST USE: 20171101. FIRST USE IN COMMERCE: 20171130 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87918266 |
| **Filing Date** | May 11, 2018 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Analyte Health, Inc. CORPORATION DELAWARE 770 328 South Jefferson Street Chicago ILLINOIS 60661 |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC |
| LAST DOC |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



Elizabeth Sietsema
Associate
Elizabeth.Sietsema@mfgip.com
(630) 286-7652 Direct

**Original via FedEx**
November 7, 2017

Analyte Health
Attn: Karen Soares, General Counsel
328 S. Jefferson Street, Suite 770
Chicago, IL 60661

> Re:    U.S. Copyright Registration No. TX 8-393-654
> For: SexualHealth Medical Questionnaire;
> Effective Date of Registration: September 29, 2016
> Our Ref.: C0490/50020

Dear Karen:

Enclosed is the original Certificate of Registration issued by the United States Copyright Office for the above-identified work. This registration is a record of an asset owned by Analyte Health and should be retained in a safe place with Analyte's other records and official documents.

Notice of registration of the work should be given by marking the work with a copyright notice. An example of a copyright notice is ©Analyte Health 2016. This registration will remain valid for 95 years from the date of its first publication.

If you have any questions concerning this registration or the rights granted thereunder, please do not hesitate to contact us.

Kind Regards,

Elizabeth Sietsema

Enclosure(s)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-393-654

**Effective Date of Registration:**
September 29, 2016

## Title

**Title of Work:** Sexualhealth Medical Questionnaire

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** September 14, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Analyte Health, Inc.
**Author Created:** revised computer program
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Analyte Health, Inc.
328 S. Jefferson Street, Suite 770, Chicago, IL, 60661, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, computer program

**New material included in claim:** computer program

## Rights and Permissions

**Organization Name:** Analyte Health, Inc.
**Address:** 328 South Jefferson Suite
Suite 770
Chicago, IL 60661 United States

## Certification

**Name:** Gary R. Gillen
**Date:** September 29, 2016

Part 10 - Intangibles and Intellectual Property
No. 61 - Internet Domain Names and websites

| Domain |
| --- |
| HIVTESTINGSANBERNARDINO.COM |
| AJUGAMEDIA.COM |
| ANALYTEPHYSICIANGROUP.COM |
| ANALYTEPHYSICIANSGROUP.COM |
| ANALYTEMEDIA.COM |
| TEST2CARE.COM |
| TEST2CARE.INFO |
| TEST2CARE.NET |
| TEST2CARE.ORG |
| TESTTOCARE.COM |
| TESTTOCARE.INFO |
| TESTTOCARE.NET |
| TESTTOCARE.ORG |
| DRUGSCREENEXPRESS.COM |
| DRUGTESTXPRESS.COM |
| FIBROMYALGIATESTEXPRESS.COM |
| FIBROMYALGIATESTING.COM |
| HEALTHTESTXPRESS.COM |
| MSTESTEXPRESS.COM |
| MSTESTXPRESS.COM |
| MULTIPLESCLEROSISTESTEXPRESS.COM |
| MULTIPLESCLEROSISTESTING.COM |
| STDTESTINGPALOALTO.COM |
| ANALYTEPHYSICIAN.COM |
| ANALYTEPHYSICIAN.NET |
| ANALYTEPHYSICIAN.ORG |
| ANALYTEPHYSICIANS.COM |
| STDTESTEXPRESS.INFO |
| STDTESTEXPRESS.NET |
| STDTESTINGCHICAGO.COM |
| STDTESTINGDALLAS.COM |
| STDTESTINGDETROIT.COM |
| STDTESTINGHOUSTON.COM |
| STDTESTINGJACKSONVILLE.COM |
| STDTESTINGLOSANGELES.COM |
| STDTESTINGNEWYORK.COM |
| STDTESTINGPHILADELPHIA.COM |
| STDTESTINGPHOENIX.COM |

STDTESTINGSANANTONIO.COM

STDTESTINGSANDIEGO.COM

STDTESTINGSANFRANCISCO.COM

STDTESTEXPRESS.ORG

STDTESTEXPRES.COM

STDTESTXPRES.COM

QUEENSSTDTESTING.COM

STDTESTINGWICKERPARK.COM

DNAFITNESSTEST.COM

ANALYTEHEALTH.NET

ANALYTEHEALTH.ORG

STDTESTEXPRESS.COM

STDTESTXPRESS.COM

PREPTESTEXPRESS.COM

PREPTESTEXPRESS.INFO

PREPTESTEXPRESS.NET

PREPTESTEXPRESS.ORG

ANALYTEHEALTH.COM

YOUNEVERREALLYKNOW.COM

STDTESTINGALBUQUERQUE.COM

STDTESTINGANAHEIM.COM

STDTESTINGARLINGTON.COM

STDTESTINGAUSTIN.COM

STDTESTINGBAKERSFIELD.COM

STDTESTINGBIRMINGHAM.COM

STDTESTINGBOISE.COM

STDTESTINGCHARLOTTE.COM

STDTESTINGCHESAPEAKE.COM

STDTESTINGCINCINNATI.COM

STDTESTINGCLEVELAND.COM

STDTESTINGCOLORADOSPRINGS.COM

STDTESTINGDURHAM.COM

STDTESTINGELPASO.COM

STDTESTINGFORTWAYNE.COM

STDTESTINGFRESNO.COM

STDTESTINGGLENDALE.COM

STDTESTINGHENDERSON.COM

STDTESTINGIRVINE.COM

STDTESTINGKANSASCITY.COM

STDTESTINGLAREDO.COM

STDTESTINGLASVEGAS.COM

STDTESTINGLONGBEACH.COM

STDTESTINGMESA.COM

STDTESTINGMILWAUKEE.COM

STDTESTINGMINNEAPOLIS.COM

STDTESTINGNASHVILLE.COM

STDTESTINGNEWORLEANS.COM

STDTESTINGNORFOLK.COM

STDTESTINGOAKLAND.COM

STDTESTINGOKLAHOMACITY.COM

STDTESTINGPITTSBURGH.COM

STDTESTINGPLANO.COM

STDTESTINGPORTLAND.COM

STDTESTINGRENO.COM

STDTESTINGRIVERSIDE.COM

STDTESTINGSACRAMENTO.COM

STDTESTINGSEATTLE.COM

STDTESTINGSTLOUIS.COM

STDTESTINGSTPETERSBURG.COM

STDTESTINGTAMPA.COM

STDTESTINGTOLEDO.COM

STDTESTINGVIRGINIABEACH.COM

STDTESTINGWASHINGTONDC.COM

STDTESTINGWICHITA.COM

STDTESTINGWINSTONSALEM.COM

HIVTESTDALLAS.COM

HIVTESTINGDC.COM

HIVTESTLOSANGELES.COM

SEXUALHEALTH.COM

ANALYTE.ONLINE

ANALYTELABS.COM

ANALYTELABS.NET

ANALYTESOLUTIONS.COM

ANALYTESOLUTIONS.NET

ANALYTETEST.COM

ANALYTETEST.NET

ANALYTETESTS.COM

ANALYTETESTS.NET

HEPATITISTEST.NET

HEALTHTESTEXPRESS.COM

HEALTHTESTEXPRESS.INFO

HEALTHTESTEXPRESS.NET

HEALTHTESTEXPRESS.ORG

ANALYTECARE.COM

LYTECARE.COM

LYTEHEALTH.COM

APGSERVICESINC.COM

CHICAGOHIVTESTING.COM

FRANKCOCKERILL.COM

STDTESTINGATLANTA.ORG

STDTESTINGBOSTON.ORG

STDTESTINGDENVER.ORG

STDTESTINGMIAMI.ORG

STDTESTINGORLANDO.ORG

HEALTHTESTNOW.COM

HIVTESTINGIRVING.COM

**Fill in this information to identify the case:**

Debtor name     **Analyte Health, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Distressed Domains, LLC** | Describe debtor's property that is subject to a lien | $1,519,349.14 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**5701 Savoy Drive**
**Houston, TX 77036**

Creditor's mailing address

**All Assets**

Describe the lien

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **First Insurance Funding** | Describe debtor's property that is subject to a lien | $10,731.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**450 Skokie Blvd., #1000**
**Northbrook, IL 60062**

Creditor's mailing address

**Insurance Policies**
**See Attached Agreement**

Describe the lien

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **Analyte Health, Inc.** | Case number (if know) | |
| | Name | | |

☑ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  $1,530,080.14

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

LENDER:

450 Skokie Blvd, Ste 1000

# FIRST INSURANCE FUNDING
### A WINTRUST COMPANY

## COMMERCIAL
## PREMIUM FINANCE AGREEMENT

Northbrook, IL 60062-7917
P:(800) 837-2511 F:(800) 837-3709
www.firstinsurancefunding.com

**Quote #: 12796371**

| INSURED/BORROWER (Name and Address as shown on Policy) Analyte Physicians Group, SC 328 S Jefferson St, Suite 770 Chicago, IL 60661 | Customer ID: N/A | AGENT or BROKER (Name and Business Address) THE HORTON GROUP, INC. 10320 ORLAND PARKWAY ORLAND PARK, IL 60467 |
|---|---|---|

## LOAN DISCLOSURE

| Total Premiums, Taxes and Fees | Cash Down Payment | Unpaid Premium Balance | Documentary Stamp Tax (only applicable in Florida) | Amount Financed (amount of credit provided on your behalf) | FINANCE CHARGE (dollar amount the credit will cost you) | Total of Payments (amount paid after making all scheduled payments) | ANNUAL PERCENTAGE RATE (cost of credit as a yearly rate) |
|---|---|---|---|---|---|---|---|
| 62,921.52 | 10,356.67 | 52,564.85 | 0.00 | 52,564.85 | 1,090.25 | 53,655.10 | 4.500 % |

*YOUR PAYMENT SCHEDULE WILL BE:*   Mail Payments to: FIRST Insurance Funding, PO Box 7000, Carol Stream, IL 60197-7000

| Number of Payments | Amount of Each Payment | First Installment Due | 01/06/2018 |
|---|---|---|---|
| 10 | 5,365.51 | Installment Due Date | 6th (Monthly) |

**SECURITY INTEREST.** INSURED/BORROWER ("Insured") grants and assigns FIRST Insurance Funding, A Division of Lake Forest Bank & Trust Company, N.A. ("LENDER") a security interest in the financed policies and any additional premiums required under the financed policies, including (but only to the extent permitted by applicable law) all return premiums, dividend payments, and loss payments which reduce unearned premium, subject to any mortgagee or loss payee interest. If any circumstances exist in which premiums related to any financed policy could become fully earned in the event of loss, LENDER shall be named a loss-payee with respect to such policy.

**FINANCE CHARGE.** The finance charge begins accruing on the earliest effective date of the policies listed in the Schedule of Policies. The finance charge may include a nonrefundable service charge equal to the maximum amount permitted by law. The finance charge is computed using a 365-day calendar year.

**LATE PAYMENT.** A late charge will be assessed on any installment at least 5 days in default (7 days in VA; 10 days in MA & TX; or later date as required by law.). This late charge will equal 5% of the delinquent installment or the maximum late charge permitted by law, whichever is less (greater of $10 or 5% in FL; greater of $25 or 1.5% in NJ; $5 maximum in DE, MT and ND; $100 maximum in MD; 5% in VA).

**PREPAYMENT.** Insured is entitled to a refund of the unearned finance charge if the loan is prepaid in full. The refund shall be computed according to applicable law.

## SCHEDULE OF POLICIES

| Policy Number | Full Name of Insurance Company and Name of General Agent or Company Office to Which Premium is Paid | Coverage | Policy Term | Effective Date | Premiums, Taxes and Fees |
|---|---|---|---|---|---|
| TBD | C00039-EVANSTON INSURANCE COMPANY G01218-PRO ACCESS [ME:25.000 %, CX:0]     [90%PR] | MDML MDMLP | 12 | 12/06/2017 ERN TXS/FEES FIN TXS/FEES | 25,149.00 1,080.52 0.00 |
| TBD | C02811-ALLIED WORLD SPECIALTY INS CO G01219-PRO ACCESS [ME:25.000 %, CX:0]     [90%PR] | PROF | 12 | 12/06/2017 ERN TXS/FEES FIN TXS/FEES | 14,850.00 0.00 0.00 |
| **(Policies continued on next page.)** | | | | TOTAL | 62,921.52 |

Q# 12796371, PRN: 113017, CFG: A01637-2, RT: A01637-IMM, DD: N/A, BM: Invoice, Qtd For: A01637 Original, Memo 1

**INSURED'S AGREEMENT:**

1. In consideration of the premium payment by LENDER to the insurance companies listed in the Schedule of Policies, their representative or the Agent or Broker listed above, Insured promises to pay, to the order of LENDER, the Total of Payments subject to all of the provisions of this Agreement.

2. **POWER OF ATTORNEY.** INSURED IRREVOCABLY APPOINTS LENDER AS ITS "ATTORNEY-IN-FACT" with full power of substitution and full authority, in the event of default under this Agreement, to (i) cancel the financed policies in accordance with the provisions contained herein, (ii) receive all sums assigned to LENDER, and (iii) execute and deliver on behalf of Insured all documents relating to the insurance policies listed on the Schedule of Policies ("Financed Policies") in furtherance of this Agreement (clauses (ii) and (iii) are not applicable in Florida). This right to cancel will terminate only after Insured's indebtedness under this Agreement is paid in full.

3. **SIGNATURE AND ACKNOWLEDGEMENT.** Insured has signed and received a copy of this Agreement. If Insured is not an individual, the undersigned is authorized to sign this Agreement on behalf of Insured. All named Insured(s), jointly and severally if more than one, agree to all provisions set forth in this Agreement. **Insured acknowledges and understands that entry into this financing arrangement is not required as a condition for obtaining insurance coverage.**

**NOTICE TO INSURED: (1)** Do not sign this Agreement before you read both pages of it, or if it contains any blank space. **(2)** You are entitled to a completely filled-in copy of this Agreement. **(3)** Under the law, you have the right to pay off in advance the full amount due and under certain conditions to receive a partial refund of the finance charge. **(4)** Keep a copy of this Agreement to protect your legal rights. **(5)** See last page of Agreement for your consent to electronic statement and notice delivery.

4. **EFFECTIVE DATE.** This Agreement will not become effective until it is accepted in writing by LENDER.

_____  as  Chief Financial Administrator  
Signature of Insured or Authorized Agent   Date   11/30/17

FEIN or SSN   XX-XXX1622

_____  
Signature of Agent   Date

The undersigned hereby warrants and agrees to the Agent or Broker Representations and Warranties set forth herein.

FIF0617P

### ADDITIONAL PROVISIONS OF PREMIUM FINANCE AGREEMENT

**5. DEFAULT/CANCELLATION.** Insured is in default under this Agreement if (a) a payment is not received by LENDER when it is due, (b) a proceeding in bankruptcy, receivership, insolvency or similar proceeding is instituted by or against Insured, or (c) Insured fails to comply with any of the terms of this Agreement; provided, however, when required by law, Insured may be deemed in default only under clause (a) above. Clauses (b) and (c) are not applicable in FL, MD, NV, NC or VA. At any time after default, LENDER can demand and has the right to receive immediate payment of the total unpaid amount due under this Agreement even if LENDER has not received any refund of unearned premium. If Insured is in default, LENDER has no further obligation under this Agreement to pay premiums on Insured's behalf, and LENDER may pursue any of the remedies provided in this Agreement or by law. If a default by Insured results in cancellation of the Financed Policies, Insured agrees to pay a cancellation charge where allowed by law (not permitted in AK, FL, KS, KY, NV, NY, NC, PA, SC, TX or VA). If cancellation or default occurs, Insured agrees to pay LENDER interest on the balance due at the contract rate or at the maximum lawful rate, whichever is less, until the balance is paid in full or until such other date as provided by law.

**6. LIMITATION OF LIABILITY.** Insured understands and agrees that LENDER or its assignee is not liable for any losses or damages to Insured or any person or entity upon the exercise of LENDER's right of cancellation, except in the event of willful or intentional misconduct by LENDER, except in KY.

**7. RETURNED CHECK CHARGE.** If Insured's check is dishonored for any reason and if permitted by law, Insured will pay LENDER a returned check charge equal to the maximum fee permitted by law ($0 in KY; $15 in FL & NV; $20 in VA; maximum of $25 in MD).

**8. REINSTATEMENT.** Once a Notice of Cancellation has been sent to any insurance company, LENDER has no duty to ask that the Financed Policy be reinstated, even if LENDER later receives a payment from Insured. If LENDER requests reinstatement, such request does not guarantee coverage will be reinstated by the insurance company. Payments that LENDER receives after sending a Notice of Cancellation may be applied to Insured's account without changing any of LENDER's rights under this Agreement.

**9. LENDER'S RIGHTS AFTER THE POLICIES ARE CANCELLED.** After any Financed Policy is cancelled by any party or if a credit is otherwise generated, LENDER has the right to receive all unearned premiums and other funds assigned to LENDER as security herein and to apply them to Insured's unpaid balance under this Agreement or any other agreement between Insured and LENDER (in VA, only to this Agreement). Receipt of unearned premiums does not constitute payment of installments to LENDER, in full or in part. Any amounts received by LENDER after cancellation will be credited to the balance due with any excess paid to Insured; the minimum refund is the greater of $1.00 or the minimum amount allowed by law (no minimum in VA). Any deficiency shall be immediately paid by Insured to LENDER. Insured agrees that insurance companies may rely exclusively on LENDER's representations about the financed policies.

**10. ASSIGNMENT.** Insured may not assign any Financed Policy or this Agreement without LENDER's prior written consent. LENDER may transfer its rights under this Agreement without the consent of Insured.

**11. AGENT OR BROKER.** Insured agrees that the Agent or Broker issuing the policies or through whom the policies were issued is not the agent of LENDER, except for any action taken on behalf of LENDER with the express authority of LENDER, and LENDER is not bound by anything the Agent or Broker represents to Insured, orally or in writing, that is not contained in this Agreement. Where permissible by law, LENDER may pay some portion of the finance charge or other form of compensation to the Agent or Broker executing this Agreement for aiding in the administration of this Agreement, and in NY the Agent or Broker may assess a fee to Insured for obtaining and servicing the Financed Policies pursuant to NY CLS Ins § 2119. Any questions regarding this payment should be directed to the Agent or Broker.

**12. COLLECTION COSTS.** Insured agrees to pay reasonable attorney fees, court costs, and other collection costs to LENDER to the extent permitted by law if this Agreement is referred to an attorney or collection agent who is not a salaried employee of LENDER to collect money that Insured owes.

**13. GOVERNING LAW.** This Agreement is governed by and interpreted under the laws of the state where Insured resides, except for conflict of laws principles thereof. If any court finds any part of this Agreement to be invalid, such finding shall not affect the remaining provisions of this Agreement.

**14. WARRANTY OF ACCURACY.** Insured represents and warrants that to the best of its knowledge (i) the Financed Policies are in full force and effect and that Insured has not and will not assign any interest in the policies except for the interest of mortgagees and loss payees, (ii) that none of the Financed Policies are for personal, family or household purposes, (iii) the Cash Down Payment and any past due payments have been paid in full to the Agent or Broker in cash or other immediately available funds, (iv) all information provided herein or in connection with this Agreement is true, correct, complete and not misleading, (v) Insured is not insolvent nor presently involved in any insolvency proceeding, (vi) Insured has no indebtedness to the insurers issuing the Financed Policies, and (vii) there is no provision in the Financed Policies that would require LENDER to notify or obtain consent from any other party to effect cancellation of such policies.

**15. ADDITIONAL PREMIUMS.** Insured agrees to fully and timely comply with all audits and pay to the insurance company any additional amount due in connection with the Financed Policies. The Amount Financed shall be applied to the Financed Policies' premium amounts and Insured shall be responsible for any additional premiums or other sums. Insured, or Agent/Broker, may request that LENDER finance additional policies and/or additional premium during the term of this Agreement, and if LENDER agrees, this Agreement shall be deemed amended accordingly. Should LENDER assign an account number to further extensions of credit, then a) this Agreement and loan documents identified by the assigned account number(s) shall be deemed to comprise a single and indivisible loan transaction, b) Insured shall irrevocably appoint LENDER as its attorney in fact in connection with additional amount financed, c) default under any component of the transaction shall constitute a default under the entire transaction, and d) unearned premium relating to any component of the transaction may be collected and applied to the entire loan transaction balance.

**16. CORRECTIONS.** LENDER may insert the names of the insurance companies and policy numbers, if this information is not known at the time Insured signs this Agreement. LENDER is authorized to correct patent errors or omissions in this Agreement (not applicable in KY or VA).

**17. NON-WAIVER.** Not Applicable.

**18. THIRD PARTY FEE.** Not Applicable.

Federal law requires all financial institutions to obtain, verify and record information that identifies each person or entity that is granted a loan. LENDER will require such information as LENDER deems reasonably necessary for proper identification, such as your name, street address, FEIN, SSN or date of birth. LENDER will use this information only to process this Agreement and will not share this information with outside parties except to the extent necessary to complete this transaction.

### AGENT OR BROKER REPRESENTATIONS AND WARRANTIES

Unless otherwise disclosed in writing to LENDER or specified in the Schedule of Policies, the Agent or Broker executing this Agreement expressly represents, warrants, and agrees as follows: (1) Insured has received a copy of this Agreement and has authorized this transaction, Insured's signature is genuine, and the cash down payment has been received from Insured, (2) the information contained in the Schedule of Policies including the premium amount is correct and accurately reflects the necessary coverage, (3) the policies listed in the Schedule of Policies (a) are in full force and effect, (b) are cancellable by Insured or LENDER (or its successors or assigns), (c) will generate unearned premiums which will be computed on the standard short rate or pro rata basis, and (d) do not contain any provisions which affect the standard short rate or pro rata premium computation, including but not limited to direct company bill, audit, reporting form, retrospective rating, or minimum or fully earned premium, (4) the Agent or Broker is either the insurer's authorized policy issuing agent or the broker placing the coverage directly with the insurer, except where the name of the Issuing Agent or General Agent is listed in the Schedule of Policies, (5) to the best of the Agent or Broker's knowledge, there are no bankruptcy, receivership, or insolvency proceedings affecting Insured, (6) Agent or Broker will hold harmless and indemnify LENDER and its successors and assigns against any loss or expense (including attorney's fees, court costs, and other costs) incurred by LENDER and resulting from Agent or Broker's violations of these Representations and Warranties or from Agent or Broker's errors, omissions, or inaccuracies in preparing this Agreement, (7) Agent or Broker will (a) hold in trust for LENDER any payments made or credited to Insured through or to Agent or Broker by the insurance companies or LENDER, and (b) pay these monies and the unearned commissions to LENDER upon demand to satisfy the outstanding indebtedness under this Agreement, and (8) to fully and timely assist with all payroll audits.

California Borrowers: **FOR INFORMATION CONTACT THE DEPARTMENT OF FINANCIAL INSTITUTIONS, STATE OF CALIFORNIA**

## SCHEDULE OF POLICIES

Insured:  Analyte Physicians Group, S
Quote #: 12796371

| Policy Number | Full Name of Insurance Company and Name of General Agent or Company Office to Which Premium is Paid | Coverage | Policy Term | Effective Date | Premiums, Taxes and Fees |
|---|---|---|---|---|---|
| TBD | C00080-ATLANTIC SPECIALTY INSURANCE CO<br>G01219-PRO ACCESS<br>[ME:25.000 %, CX:0]          [90%PR] | E&O | 12 | 12/06/2017<br>ERN TXS/FEES<br>FIN TXS/FEES | 21,842.00<br>0.00<br>0.00 |

FIF0214P-SCH

**Fill in this information to identify the case:**

Debtor name **Analyte Health, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Christopher Jowett**<br>**1810 N. Walcott**<br>**Chicago, IL 60622** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,679.17 | $17,679.17 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Owed Severance** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Kevin Weinstein**<br>**1168 S. Plymouth**<br>**1 Southwest**<br>**Chicago, IL 60605** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $75,197.05 | $75,197.05 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Owed Severance** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Analyte Health, Inc.** | |
|---|---|---|
| | Name | |
| | | Case number (if known) |

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360.75 |
|---|---|---|---|

**Argo Translation, Inc.**
**1884 Johns Drive**
**Glenview, IL 60025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,542.60 |
|---|---|---|---|

**Ayumetrix, LLC**
**6655 SW Hampton St.**
**Tigard, OR 97223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,420.00 |
|---|---|---|---|

**Chicago Commercial Cleaning Co.**
**P.O. Box 4779**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,960.52 |
|---|---|---|---|

**Delaware Secretary of State**
**Division of Corporations**
**P.o. Box 5509**
**Binghamton, NY 13902-5509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.00 |
|---|---|---|---|

**First Choice Coffee Services**
**3535 Commercial Ave.**
**Northbrook, IL 60062-1848**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99,887.67 |
|---|---|---|---|

**Google Adwords - STX**
**Dept. 33654**
**P.O. Box 39000**
**San Francisco, CA 94139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,278.50 |
|---|---|---|---|

**Healthline Media**
**P.O. Box 392170**
**Pittsburgh, PA 15251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Analyte Health, Inc.** | |
|---|---|---|
| | Name | Case number (if known) |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,992.00 |
|---|---|---|---|

**IQuity Labs**
**c/o LBMC W Squared**
**P.O. Box 5168**
**Brentwood, TN 37024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,176.00 |
|---|---|---|---|

**LabCorp**
**P.O. Box 12140**
**Burlington, NC 27216-2140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**Logical Media Group**
**The Ocean Agency**
**445 W. Erie Street, Suite 208**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,270.27 |
|---|---|---|---|

**Massey & Gail, LLP**
**50 E. Washington, Suite 400**
**Chicago, IL 60602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,252.67 |
|---|---|---|---|

**PayScale**
**75 Remittance Dr.**
**Suite 1343**
**Chicago, IL 60675-1343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,294.50 |
|---|---|---|---|

**Plante & Moran, PLLC**
**16060 Collections Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,704.77 |
|---|---|---|---|

**Quest Diagnostics ATL**
**P.O. Box 740736**
**Atlanta, GA 30374-0736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Analyte Health, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,617.59** |
|---|---|---|---|
| | **Quest Diagnostics AUM** | ☐ Contingent | |
| | **13138 Collections Ctr Dr.** | ☐ Unliquidated | |
| | **Chicago, IL 60693-0131** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,346.05** |
|---|---|---|---|
| | **Quest Diagnostics BMD** | ☐ Contingent | |
| | **P.O. Box 829787** | ☐ Unliquidated | |
| | **Philadelphia, PA 19182-9787** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,484.86** |
|---|---|---|---|
| | **Quest Diagnostics CMA** | ☐ Contingent | |
| | **5763 Collections Ctr Dr.** | ☐ Unliquidated | |
| | **Chicago, IL 60693-0057** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42,371.52** |
|---|---|---|---|
| | **Quest Diagnostics DAL** | ☐ Contingent | |
| | **P.O. Box 841725** | ☐ Unliquidated | |
| | **Dallas, TX 75284-1725** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,801.58** |
|---|---|---|---|
| | **Quest Diagnostics DLO** | ☐ Contingent | |
| | **Diagnostic Laboratory of OK** | ☐ Unliquidated | |
| | **P.O. Box 676324** | ☐ Disputed | |
| | **Dallas, TX 75267-6324** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,322.28** |
|---|---|---|---|
| | **Quest Diagnostics HOU** | ☐ Contingent | |
| | **P.O. Box 841725** | ☐ Unliquidated | |
| | **Dallas, TX 75284-1725** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,352.86** |
|---|---|---|---|
| | **Quest Diagnostics KOP** | ☐ Contingent | |
| | **P.O. Box 828669** | ☐ Unliquidated | |
| | **Philadelphia, PA 19182-8669** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Analyte Health, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,627.72** |
|---|---|---|---|

**Quest Diagnostics LEX**
P.O. Box 530458
Atlanta, GA 30353-0458

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,980.82** |
|---|---|---|---|

**Quest Diagnostics MAL**
**Mid America**
6704 Reliable Pkwy
Chicago, IL 60686-0067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,187.83** |
|---|---|---|---|

**Quest Diagnostics MIA**
P.O. Box 530440
Atlanta, GA 30353-0440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,089.97** |
|---|---|---|---|

**Quest Diagnostics PGH**
2249 Collection Center Dr.
Chicago, IL 60693-0022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,421.97** |
|---|---|---|---|

**Quest Diagnostics PNW 31010599**
P.O. Box 91514
Los Angeles, CA 90074-1514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,016.16** |
|---|---|---|---|

**Quest Diagnostics PNW 60661120 AK**
P.O. Box 91514
Los Angeles, CA 90074-1514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,537.50** |
|---|---|---|---|

**Quest Diagnostics STL**
P.O. Box 14730
Saint Louis, MO 63150-4730

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Analyte Health, Inc.** | | |
|---|---|---|---|
| | Name | | |
| | | Case number (if known) | |

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,364.32** |
|---|---|---|---|
| | **Quest Diagnostics TAM**<br>**P.O. Box 530440**<br>**Atlanta, GA 30353-0440** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,784.98** |
|---|---|---|---|
| | **Quest Diagnostics TBR**<br>**7402 Collection Center Dr.**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,231.17** |
|---|---|---|---|
| | **Quest Diagnostics WCT**<br>**2025 Collections Ctr Dr.**<br>**Chicago, IL 60693-0020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$71,513.78** |
|---|---|---|---|
| | **Quest Diagnostics WDL**<br>**12989 Collections Center Dr.**<br>**Chicago, IL 60693-0129** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$48,575.56** |
|---|---|---|---|
| | **Quest Diagnostics WHC**<br>**P.O. Box 50368**<br>**Los Angeles, CA 90074-0368** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$64,055.37** |
|---|---|---|---|
| | **Quest Diagnostics WHC 73911310**<br>**P.O. Box 50368**<br>**Los Angeles, CA 90074-0368** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,066.66** |
|---|---|---|---|
| | **Rise Interactive**<br>**One South Wacker Dr.**<br>**Suite 300**<br>**Chicago, IL 60606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Analyte Health, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Romz Technology & tSTD.org**
**330 N. Wabash, Suite 3300**
**Chicago, IL 60611**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Pending Litigation

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,869.88** |
|---|---|---|---|

**S-Net Telecom**
**2860 S. Rivers Rd. Suite 220**
**Des Plaines, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,460.00** |
|---|---|---|---|

**SCORG Technologies Pvt. Ltd.**
**302, Karan Selene Bhadarkar Road**
**Above Yes Bank**
**Pune Maharashtra, INDIA 411004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,380.94** |
|---|---|---|---|

**Sonora Quest Laboratories**
**1255 W. Washington Street**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$33,064.84** |
|---|---|---|---|

**Square 1 Bank Credit Card**
**P.O. Box 31021**
**Tampa, FL 33631-3021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,814.00** |
|---|---|---|---|

**Sunrise Medical Laboratories**
**250 Miller Place**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,274.00** |
|---|---|---|---|

**The Hartford**
**P.O. Box 660916**
**Dallas, TX 75266-0916**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Analyte Health, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55.00** |
|---|---|---|---|

**The Shred Authority**
**4101 W. 124th Place**
**Alsip, IL 60803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Trustpilot, Inc.**
**245 Fifth Avenue, 4th Floor**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|

**Whole Life Challenge, Inc.**
**929 Colorado Ave., Suite 117**
**Santa Monica, CA 90401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 92,876.22 |
| **5b. Total claims from Part 2** | 5b. + | $ | 835,918.46 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 928,794.68 |

8/23/18  4:47PM

**Fill in this information to identify the case:**

Debtor name    **Analyte Health, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Office Lease** | |
| State the term remaining **September 2018 - October 2019** | **BlueStar Properties** |
| List the contract number of any government contract _____ | **600 W. Van Buren Blvd., #1000 Chicago, IL 60607** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Financing for Insurance Premiums** | |
| State the term remaining **2 remaining payments** | **First Insurance Funding Corp.** |
| List the contract number of any government contract _____ | **PO Box 7000 Carol Stream, IL 60197-7000** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

8/23/18 4:47PM

**Fill in this information to identify the case:**

Debtor name      **Analyte Health, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                          *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | | | | | ☐ D |
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | City          State          Zip Code | | | |
| 2.2 | | | | | ☐ D |
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | City          State          Zip Code | | | |
| 2.3 | | | | | ☐ D |
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | City          State          Zip Code | | | |
| 2.4 | | | | | ☐ D |
| | | Street | | | ☐ E/F |
| | | | | | ☐ G |
| | | City          State          Zip Code | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Analyte Health, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other | **$4,015,496.76** |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | **$7,249,112.39** |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$9,240,000.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | **Cashback Rewards, Interest Income, Sale of Assets** | **$7,930.56** |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | **Cashback Rewards, Interest Income, Sale of Assets** | **$6,225.89** |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | **Cashback Rewards, Interest Income, Sale of Assets** | **$1,951.56** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Analyte Health, Inc.** | Case number *(if known)* |
|---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **See Attached** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Kevin Weinstein**<br>**1168 S. Plymouth, 1SW**<br>**Chicago, IL 60605**<br>**Former CEO** | **8/22/17 -<br>8/15/18** | **$320,736.08** | **$261,203.17 Salaries, $24,532.91 Expense Reimbursements and $35,000 Severance** |
| 4.2.  **Franklin Cockerill**<br>**346 W. 22nd Street, Apt. 2**<br>**New York, NY 10011**<br>**Former Board Member** | **8/22/17 -<br>8/17/2018** | **$119,425.95** | **$118,971.32 Salaries, $454.63 Expense Reimbursements** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

Debtor    **Analyte Health, Inc.**                                         Case number *(if known)*

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Crane, Simon, Clar & Dan Suite 3705 135 South LaSalle Street Chicago, IL 60603-4297** | **Attorney Fees** | | **$10,335.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Debtor   **Analyte Health, Inc.**

Case number *(if known)* _____

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

Debtor    **Analyte Health, Inc.** _____    Case number *(if known)* _____

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | Analyte Health, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Grace Martinez** **525 W. 36th St.** **Chicago, IL 60609** | **10/2009 - present** |
| 26a.2.   **Mike Medema** **4524 Lawn Ave.** **Western Springs, IL 60558** | **06/2010 - 3/2018** |
| 26a.3.   **Alejandra Haselwood** **4928 W. Winona St.** **Chicago, IL 60630** | **11/2013 - 09/2017** |
| 26a.4.   **Lisa Ortega** **3525 N. Odell** **Chicago, IL 60634** | **09/2017 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Plante Moran** **10 S. Riverside Plaza, 10th FLoor** **Chicago, IL 60606** | **2009 - 2018** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor    **Analyte Health, Inc.**                                        Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Analyte Health, Inc.**<br>**328 Jefferson St., #770**<br>**Chicago, IL 60661** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **See Attached** |

---

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☒ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Munir Ali** | **27319 Pendleton Trace Drive**<br>**Spring, TX 77386** | CEO | 100% through sole membership of APX Holdings, LLC |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ☐ No
    ☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Fiyyaz Pirani** | **3333 Allen Parkway, Unit 1506**<br>**Houston, TX 77019** | CEO | 8/2/18 - 8/19/18 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Kevin Weinstein** | **1168 S. Plymouth, SW1**<br>**Chicago, IL 60605** | CEO | 5/25/17 - 8/1/18 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ☒ Yes. Identify below.

---

Debtor    **Analyte Health, Inc.**

Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **See Part 2, #4** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Analyte Health, Inc.**                                                         Case number *(if known)*

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 23, 2018**

**/s/ Munir Ali**                                              **Munir Ali**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

---

Official Form 207                 Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **9**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Analyte Health, Inc.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 14:**   Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/23/2018

Signature of individual signing on behalf of the debtor

Munir Ali
Printed name

Position or relationship to debtor   CEO

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

# Part 2 : List of Certain Transfers Made Before Filing for Bankruptcy

| Date | Num | Vendor | Amount | Reasons |
|---|---|---|---|---|
| 05/31/2018 | 7499 | Ashik Desai | -500.00 | Services |
| 05/31/2018 | 7500 | TASC | -694.95 | Services |
| 05/31/2018 | 7501 | BlueStar 328 S Jefferson Chicago GH, LLC | -794.09 | Suppliers or vendors |
| 05/31/2018 | 7502 | Sonora Quest Laboratories | -3,745.31 | Suppliers or vendors |
| 05/31/2018 | 7503 | Blue Star Properties | -16,755.89 | Suppliers or vendors |
| 05/31/2018 | 7504 | First Insurance Funding Corp | -5,365.51 | Secured Debt |
| 05/31/2018 | 7505 | Windstream Holdings, Inc. (Formerly BOB) | -229.00 | Suppliers or vendors |
| 05/31/2018 | 7506 | Ayumetrix LLC | -12,029.07 | Suppliers or vendors |
| 05/31/2018 | 7507 | ADT Security Services | -241.98 | Suppliers or vendors |
| 05/31/2018 | 7508 | The Shred Authority | -55.00 | Suppliers or vendors |
| 05/31/2018 | 7509 | Pure Water Tech Chicagoland (Formerly Time Payment Corp) | -59.95 | Suppliers or vendors |
| 05/31/2018 | 7510 | Chicago Commercial Cleaning Company, LLC | -1,200.00 | Suppliers or vendors |
| 05/31/2018 | 7511 | Guardian | -2,099.43 | Suppliers or vendors |
| 05/31/2018 | 7512 | UnitedHealthcare Insurance Company | -23,490.77 | Suppliers or vendors |
| 05/31/2018 | 7513 | Argo Translation, Inc. | -462.50 | Suppliers or vendors |
| 05/31/2018 | 7514 | Perkins Coie LLP | -407.50 | Services |
| 05/31/2018 | 7515 | Healthline Media | -9,811.00 | Suppliers or vendors |
| 05/31/2018 | 7516 | Plante & Moran, PLLC | -15,092.00 | Services |
| 05/31/2018 | 7517 | IQuity Labs | -5,489.00 | Suppliers or vendors |
| 05/31/2018 | 7518 | Trustpilot, Inc. | -500.00 | Suppliers or vendors |
| 06/04/2018 | Wire | LyfeYear Group, LLC | -16,350.20 | Suppliers or vendors |
| 06/15/2018 | 7519 | Massey & Gail LLP | -30,254.62 | Services |
| 06/15/2018 | 7520 | Much Shelist | -6,870.00 | Services |
| 06/15/2018 | 7521 | STEADFAST NETWORKS | -199.95 | Suppliers or vendors |
| 06/15/2018 | 7522 | S-Net Telecom | -2,914.60 | Suppliers or vendors |
| 06/15/2018 | 7523 | Ashik Desai | -500.00 | Services |
| 06/15/2018 | 7524 | First Choice Coffee Services | -109.00 | Suppliers or vendors |
| 06/15/2018 | 7525 | Sunrise Medical Laboratories | -2,641.00 | Suppliers or vendors |
| 06/15/2018 | 7526 | Travelers Insurance | -5,921.50 | Suppliers or vendors |

| Date | Number | Payee | Amount | |
|---|---|---|---|---|
| 06/15/2018 | 7527 | Google Adwords - STX | -111,500.86 | Suppliers or vendors |
| 06/15/2018 | 7528 | MDV Management Co., LLC | -2,086.44 | Services |
| 06/15/2018 | 7529 | eFax Plus Service | -26.90 | Suppliers or vendors |
| 06/15/2018 | 7531 | Windstream Holdings, Inc. (Formerly BOB) | -229.00 | Suppliers or vendors |
| 06/15/2018 | 7533 | The Hartford | -2,942.00 | Suppliers or vendors |
| 06/15/2018 | 7534 | Quest Diagnostics ATL | -16,388.26 | Suppliers or vendors |
| 06/15/2018 | 7535 | Quest Diagnostics AUM | -3,825.93 | Suppliers or vendors |
| 06/15/2018 | 7536 | Quest Diagnostics CMA | -3,526.31 | Suppliers or vendors |
| 06/15/2018 | 7537 | Quest Diagnostics DAL | -18,018.35 | Suppliers or vendors |
| 06/15/2018 | 7538 | Quest Diagnostics HOU | -10,317.47 | Suppliers or vendors |
| 06/15/2018 | 7539 | Quest Diagnostics KOP | -15,971.46 | Suppliers or vendors |
| 06/15/2018 | 7540 | Quest Diagnostics LEX | -3,239.80 | Suppliers or vendors |
| 06/15/2018 | 7541 | Quest Diagnostics MAL | -3,314.01 | Suppliers or vendors |
| 06/15/2018 | 7542 | Quest Diagnostics MIA | -6,595.88 | Suppliers or vendors |
| 06/15/2018 | 7543 | Quest Diagnostics PGH | -2,572.15 | Suppliers or vendors |
| 06/15/2018 | 7544 | Quest Diagnostics PNW 31010599 | -6,714.46 | Suppliers or vendors |
| 06/15/2018 | 7545 | Quest Diagnostics PNW 60661120 AK | -397.35 | Suppliers or vendors |
| 06/15/2018 | 7546 | Quest Diagnostics STL | -11,634.05 | Suppliers or vendors |
| 06/15/2018 | 7547 | Quest Diagnostics TAM | -11,149.90 | Suppliers or vendors |
| 06/15/2018 | 7548 | Quest Diagnostics WCT | -643.83 | Suppliers or vendors |
| 06/15/2018 | 7549 | Quest Diagnostics WDL | -20,262.17 | Suppliers or vendors |
| 06/15/2018 | 7550 | Quest Diagnostics WHC | -16,447.37 | Suppliers or vendors |
| 06/15/2018 | 7551 | Quest Diagnostics WHC 73911310 | -22,893.89 | Suppliers or vendors |
| 06/15/2018 | 7552 | Quest Diagnostics TBR | -8,708.20 | Suppliers or vendors |
| 06/15/2018 | 7553 | Quest Diagnostics BMD | -425.97 | Suppliers or vendors |
| 06/18/2018 | ACH | Square 1 Bank Credit Card | -66,693.13 | Suppliers or vendors |
| 06/29/2018 | 7554 | Edgy Digital, L.L.C. | -150.00 | Suppliers or vendors |
| 06/29/2018 | 7555 | Ashik Desai | -500.00 | Services |
| 06/29/2018 | 7556 | Quest Diagnostics PGH | -5,880.91 | Suppliers or vendors |
| 06/29/2018 | 7557 | Guardian | -1,923.46 | Suppliers or vendors |
| 06/29/2018 | 7558 | UnitedHealthcare Insurance Company | -25,477.84 | Suppliers or vendors |
| 06/29/2018 | 7559 | Chicago Commercial Cleaning Company, LLC | -1,420.00 | Suppliers or vendors |
| 06/29/2018 | 7560 | Pure Water Tech Chicagoland (Formerly Time Payment Corp) | -59.95 | Suppliers or vendors |
| 06/29/2018 | 7561 | BlueStar 328 S Jefferson Chicago GH, LLC | -797.48 | Suppliers or vendors |

| Date | Number | Name | Amount | Category |
|---|---|---|---|---|
| 06/29/2018 | 7562 | ADT Security Services | -121.89 | Suppliers or vendors |
| 06/29/2018 | 7563 | Blue Star Properties | -16,755.89 | Suppliers or vendors |
| 06/29/2018 | 7564 | STEADFAST NETWORKS | -199.95 | Suppliers or vendors |
| 06/29/2018 | 7565 | S-Net Telecom | -2,871.53 | Suppliers or vendors |
| 06/29/2018 | 7566 | First Insurance Funding Corp | -5,365.51 | Secured Debt |
| 06/29/2018 | 7567 | Sonora Quest Laboratories | -4,214.41 | Suppliers or vendors |
| 06/29/2018 | 7568 | SalesForce.com Inc. | -657.81 | Suppliers or vendors |
| 06/29/2018 | 7569 | Massey & Gail LLP | -28,862.25 | Services |
| 06/29/2018 | 7570 | Rise Interactive | -17,333.33 | Services |
| 06/29/2018 | 7571 | Dialogtech (Formerly IFBYPHONE, INC.) | -5,000.00 | Suppliers or vendors |
| 06/29/2018 | 7572 | Argo Translation, Inc. | -164.65 | Suppliers or vendors |
| 06/29/2018 | 7573 | The Shred Authority | -55.00 | Suppliers or vendors |
| 06/29/2018 | 7574 | Healthline Media | -6,936.00 | Suppliers or vendors |
| 06/29/2018 | Wire | SCORG Technologies Pvt. Ltd. | -3,520.00 | Services |
| 07/16/2018 | 7575 | Ashik Desai | -500.00 | Services |
| 07/16/2018 | 7577 | IQuity Labs | -3,493.00 | Suppliers or vendors |
| 07/16/2018 | 7579 | Argo Translation, Inc. | -549.45 | Suppliers or vendors |
| 07/16/2018 | 7580 | Windstream Holdings, Inc. (Formerly BOB) | -229.00 | Suppliers or vendors |
| 07/16/2018 | 7581 | eFax Plus Service | -196.15 | Suppliers or vendors |
| 07/16/2018 | 7583 | The Shred Authority | -55.00 | Suppliers or vendors |
| 07/16/2018 | 7584 | Healthline Media | -5,721.50 | Suppliers or vendors |
| 07/16/2018 | 7585 | Quest Diagnostics ATL | -14,564.20 | Suppliers or vendors |
| 07/16/2018 | 7587 | Quest Diagnostics BMD | -332.48 | Suppliers or vendors |
| 07/16/2018 | 7589 | Quest Diagnostics DAL | -12,873.98 | Suppliers or vendors |
| 07/16/2018 | 7591 | Quest Diagnostics HOU | -9,379.80 | Suppliers or vendors |
| 07/16/2018 | 7592 | Quest Diagnostics KOP | -15,805.77 | Suppliers or vendors |
| 07/16/2018 | 7593 | Quest Diagnostics LEX | -2,923.43 | Suppliers or vendors |
| 07/16/2018 | 7595 | Quest Diagnostics MIA | -6,197.83 | Suppliers or vendors |
| 07/16/2018 | 7597 | Quest Diagnostics PNW 31010599 | -6,170.72 | Suppliers or vendors |
| 07/16/2018 | 7598 | Quest Diagnostics PNW 60661120 AK | -180.24 | Suppliers or vendors |
| 07/16/2018 | 7600 | Quest Diagnostics TAM | -10,434.20 | Suppliers or vendors |
| 07/16/2018 | 7604 | Quest Diagnostics WHC | -14,414.51 | Suppliers or vendors |
| 07/16/2018 | 7605 | Quest Diagnostics WHC 73911310 | -20,811.84 | Suppliers or vendors |
| 07/16/2018 | 7606 | Sunrise Medical Laboratories | -1,563.00 | Suppliers or vendors |

| Date | Number | Payee | Amount | Reason |
|---|---|---|---|---|
| 07/16/2018 | 7607 | Much Shelist | -7,707.00 | Services |
| 07/16/2018 | 7608 | Massey & Gail LLP | -22,033.98 | wer |
| 07/16/2018 | 7609 | Trustpilot, Inc. | -500.00 | Services |
| 07/16/2018 | 7610 | Google Adwords - STX | -91,682.15 | Suppliers or vendors |
| 07/16/2018 | 7611 | Rise Interactive | -17,333.33 | Services |
| 07/23/2018 | 7613 | FPK Services LLC - Principal | -500,000.00 | Secured Debt |
| 07/24/2018 | 7614 | Laura L. Passero | -2,750.00 | Services |
| 07/24/2018 | 7615 | Gigi Engle | -600.00 | Services |
| 07/27/2018 | 7616 | First Choice Coffee Services | -385.79 | Suppliers or vendors |
| 07/31/2018 | 7617 | Blue Star Properties | -16,755.89 | Suppliers or vendors |
| 07/31/2018 | 7618 | BlueStar 328 S. Jefferson Chicago GH, LLC | -832.56 | Suppliers or vendors |
| 07/31/2018 | 7619 | Medical Electronic Systems LLC | -45.99 | Suppliers or vendors |
| 07/31/2018 | 7620 | Ashik Desai | -500.00 | Services |
| 07/31/2018 | 7621 | UnitedHealthcare Insurance Company | -22,843.98 | Suppliers or vendors |
| 07/31/2018 | 7622 | Illinois Department of Revenue | -208.04 | Suppliers or vendors |
| 07/31/2018 | 7623 | ADT Security Services | -120.09 | Suppliers or vendors |
| 07/31/2018 | 7624 | Guardian | -1,987.40 | Suppliers or vendors |
| 07/31/2018 | 7625 | First Insurance Funding Corp | -5,365.52 | Secured Debt |
| 07/31/2018 | 7626 | STEADFAST NETWORKS | -199.95 | Suppliers or vendors |
| 07/31/2018 | 7627 | Pure Water Tech Chicagoland (Formerly Time Payment Corp) | -59.95 | Suppliers or vendors |
| 07/31/2018 | 7628 | Logical Media Group/The Ocean Agency | -6,000.00 | Services |
| 07/31/2018 | 7629 | Creative Fish Design | -585.00 | Services |
| 07/31/2018 | 7630 | Dialogtech (Formerly IFBYPHONE, INC.) | -5,000.00 | Suppliers or vendors |
| 07/05/2018 | Wire | LyfeYear Group, LLC | -14,444.00 | Services |
| 07/31/2018 | 7631 | The Horton Group, Inc. | -15,721.00 | Suppliers or vendors |
| 07/31/2018 | 7633 | Much Shelist | -26,678.00 | Services |
| 07/17/2018 | Wire | SCORG Technologies Pvt. Ltd. | -2,520.00 | Services |
| 07/24/2018 | ACH | Square 1 Bank Credit Card | -46,149.12 | Suppliers or vendors |
| 08/13/2018 | 7634 | eFax Plus Service | -195.25 | Suppliers or vendors |
| 08/13/2018 | 7635 | Illinois Department of Revenue | -591.44 | Suppliers or vendors |
| 08/15/2018 | Wire | Massey & Gail LLP | -25,000.00 | Services |

| Date | Type | Payee | Amount | Category |
|---|---|---|---|---|
| 08/15/2018 | Wire | Massey & Gail LLP | -4,631.50 | Services |
| 08/15/2018 | Wire | Much Shelist | -14,807.50 | Services |
| 08/15/2018 | Wire | Plante & Moran, PLLC | -5,500.00 | Services |
| 08/15/2018 | Wire | Dialogtech (Formerly IFBYPHONE, INC.) | -5,000.00 | Suppliers or vendors |
| 05/25/2018 | Wire | Molecular Testing Labs | -7,500.00 | Suppliers or vendors |
| 06/01/2018 | Wire | Molecular Testing Labs | -10,000.00 | Suppliers or vendors |
| 06/21/2018 | Wire | Molecular Testing Labs | -7,500.00 | Suppliers or vendors |
| 07/05/2018 | Wire | Molecular Testing Labs | -7,500.00 | Suppliers or vendors |
| 05/31/2018 | ACH | PAYCOR INC. | -122.91 | Suppliers or vendors |
| 06/15/2018 | ACH | PAYCOR INC. | -274.02 | Suppliers or vendors |
| 06/29/2018 | ACH | PAYCOR INC. | -113.02 | Suppliers or vendors |
| 07/13/2018 | ACH | PAYCOR INC. | -319.07 | Suppliers or vendors |
| 07/31/2018 | ACH | PAYCOR INC. | -113.02 | Suppliers or vendors |
| 08/15/2018 | ACH | PAYCOR INC. | -301.22 | Suppliers or vendors |
| 08/20/2018 | ACH | PAYCOR INC. | -100.04 | Suppliers or vendors |
| 06/13/2018 | ACH | QuickBooks Payments | -11.13 | Suppliers or vendors |
| 06/01/2018 | ACH | Square 1 Bank - Interest | -11,406.22 | Secured Debt |
| 06/01/2018 | ACH | Square 1 Bank - Principal | -50,000.00 | Secured Debt |
| 06/15/2018 | ACH | Square 1 Bank - Analysis Fee | -77.47 | Suppliers or vendors |
| 07/02/2018 | ACH | Square 1 Bank - Interest | -11,022.16 | Secured Debt |
| 07/02/2018 | ACH | Square 1 Bank - Principal | -50,000.00 | Secured Debt |
| 07/17/2018 | ACH | Square 1 Bank - Analysis Fee | -110.23 | Suppliers or vendors |
| 08/15/2018 | ACH | Square 1 Bank - Analysis Fee | -134.81 | Suppliers or vendors |
| 07/24/2018 | ACH | Square 1 Bank Credit Card | -50,000.00 | Secured Debt |

**TOTAL Transfer Made before filing for Bankruptcy**    -$ 1,858,312.67

FPK Services, LLC purchased the senior secured note when it was under default status on July 20th, 2018. The note was previously owned by Square 1 Bank who had frozen approximately the $950,000 bank balance. FPK Services, LLC Agreed to unfreeze the bank account if a $500,000 payment was made towards the principal balance.

## Part 13: Details About the Debtor's Business or Connections to Any Business
#26d

| Name | Address |
| --- | --- |
| Square1 Bank | 406 Blackwell St, Ste 240, Durham, NC 27701 |
| FPK Services, LLC | 5821 Southwest Freeway, Ste 600, Houston, TX  77057 |
| Starfish Technologies LLC | 3333 Allen Parkway, Unit 1506, Houston TX 77019 |
| Distress Domains LLC | 27319 Pendleton Trace Drive, Spring, TX 77386 |
| APX Holding LLC | 27319 Pendleton Trace Drive, Spring, TX 77386 |
| Multiplier Capital | 16427 N. Scottsdale Road \| Suite 410 \| Scottsdale, AZ 85254 |
| Runway Growth | 205 N Michigan Avenue \| Suite 4200 \| Chicago, IL  60601 |
| Escalate Capital Partners | 300 W. Sixth Street \| Suite 2230 \| Austin, TX 78701 |
| Superior Business Lending | 1532 West Wolfram Street<br>Chicago, IL 60657 |
| Horizon Technology | 312 Farmington Avenue<br>Farmington, CT<br>06032 |
| EverlyWell | 800 West Caesar Chavez St, Austin, TX 78701 |
| Readerlink | 1420 Kensington Rd # 300, Oak Brook, IL 60523 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Analyte Health, Inc.** _____

Debtor(s)

Case No. _____

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | 10,335.00 |
    | Prior to the filing of this statement I have received | $ | 10,335.00 |
    | Balance Due | $ | 0.00 |

2.  $ **335.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

    **adversary proceedings, complaints to determine dischargeability of debt and complaints objecting to discharge, redemption proceedings, abandonment proceedings, motions to dismiss or to convert the Chapter 7 case to another Chapter under the Bankruptcy Code or representation of the Debtor in such a converted case.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 23, 2018** _____

_Date_

**/s/ SCOTT R. CLAR**

**SCOTT R. CLAR**

_Signature of Attorney_

**Crane, Simon, Clar & Dan**
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777  Fax: 312-641-7114**

_Name of law firm_

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Analyte Health, Inc.**

Debtor(s)

Case No. _____

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 10,335.00 |
| Prior to the filing of this statement I have received | $ | 10,335.00 |
| Balance Due | $ | 0.00 |

2.  $ **335.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

    **adversary proceedings, complaints to determine dischargeability of debt and complaints objecting to discharge, redemption proceedings, abandonment proceedings, motions to dismiss or to convert the Chapter 7 case to another Chapter under the Bankruptcy Code or representation of the Debtor in such a converted case.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_8/23/18_

Date

_SCOTT R. CLAR_
Signature of Attorney
**Crane, Simon, Clar & Dan**
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777  Fax: 312-641-7114**
Name of law firm

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Analyte Health, Inc.**

Case No.

Debtor(s)

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                    **51**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **August 23, 2018**

**/s/ Munir Ali**

**Munir Ali**/**CEO**
Signer/Title

# United States Bankruptcy Court
## Northern District of Illinois

In re   Analyte Health, Inc.

Debtor(s)

Case No.
Chapter   7

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:        51

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   08/23/2018

Monir Ali/CEO
Signer/Title

Argo Translation, Inc.
1884 Johns Drive
Glenview, IL 60025

.

Ayumetrix, LLC
6655 SW Hampton St.
Tigard, OR 97223

BlueStar Properties
600 W. Van Buren Blvd., #1000
Chicago, IL 60607

Chicago Commercial Cleaning Co.
P.O. Box 4779
Chicago, IL 60680

Christopher Jowett
1810 N. Walcott
Chicago, IL 60622

Delaware Secretary of State
Division of Corporations
P.o. Box 5509
Binghamton, NY 13902-5509

Distressed Domains, LLC
5701 Savoy Drive
Houston, TX 77036

First Choice Coffee Services
3535 Commercial Ave.
Northbrook, IL 60062-1848

First Insurance Funding
450 Skokie Blvd., #1000
Northbrook, IL 60062

First Insurance Funding Corp.
PO Box 7000
Carol Stream, IL 60197-7000

Google Adwords - STX
Dept. 33654
P.O. Box 39000
San Francisco, CA 94139

Healthline Media
P.O. Box 392170
Pittsburgh, PA 15251

IQuity Labs
c/o LBMC W Squared
P.O. Box 5168
Brentwood, TN 37024

Kevin Weinstein
1168 S. Plymouth
1 Southwest
Chicago, IL 60605

LabCorp
P.O. Box 12140
Burlington, NC 27216-2140

Logical Media Group
The Ocean Agency
445 W. Erie Street, Suite 208
Chicago, IL 60654

Massey & Gail, LLP
50 E. Washington, Suite 400
Chicago, IL 60602

PayScale
75 Remittance Dr.
Suite 1343
Chicago, IL 60675-1343

Plante & Moran, PLLC
16060 Collections Center Dr.
Chicago, IL 60693

Quest Diagnostics ATL
P.O. Box 740736
Atlanta, GA 30374-0736

Quest Diagnostics AUM
13138 Collections Ctr Dr.
Chicago, IL 60693-0131

Quest Diagnostics BMD
P.O. Box 829787
Philadelphia, PA 19182-9787

Quest Diagnostics CMA
5763 Collections Ctr Dr.
Chicago, IL 60693-0057

Quest Diagnostics DAL
P.O. Box 841725
Dallas, TX 75284-1725

Quest Diagnostics DLO
Diagnostic Laboratory of OK
P.O. Box 676324
Dallas, TX 75267-6324

Quest Diagnostics HOU
P.O. Box 841725
Dallas, TX 75284-1725

Quest Diagnostics KOP
P.O. Box 828669
Philadelphia, PA 19182-8669

Quest Diagnostics LEX
P.O. Box 530458
Atlanta, GA 30353-0458

Quest Diagnostics MAL
Mid America
6704 Reliable Pkwy
Chicago, IL 60686-0067

Quest Diagnostics MIA
P.O. Box 530440
Atlanta, GA 30353-0440

Quest Diagnostics PGH
2249 Collection Center Dr.
Chicago, IL 60693-0022

Rise Interactive
One South Wacker Dr.
Suite 300
Chicago, IL 60606

Whole Life Challenge, Inc.
929 Colorado Ave., Suite 117
Santa Monica, CA 90401

Quest Diagnostics PNW 31010599
P.O. Box 91514
Los Angeles, CA 90074-1514

Romz Technology & tSTD.org
330 N. Wabash, Suite 3300
Chicago, IL 60611

Quest Diagnostics PNW 60661120 AK
P.O. Box 91514
Los Angeles, CA 90074-1514

S-Net Telecom
2860 S. Rivers Rd. Suite 220
Des Plaines, IL 60018

Quest Diagnostics STL
P.O. Box 14730
Saint Louis, MO 63150-4730

SCORG Technologies Pvt. Ltd.
302, Karan Selene Bhadarkar Road
Above Yes Bank
Pune Maharashtra, INDIA 411004

Quest Diagnostics TAM
P.O. Box 530440
Atlanta, GA 30353-0440

Sonora Quest Laboratories
1255 W. Washington Street
Tempe, AZ 85281

Quest Diagnostics TBR
7402 Collection Center Dr.
Chicago, IL 60693

Square 1 Bank Credit Card
P.O. Box 31021
Tampa, FL 33631-3021

Quest Diagnostics WCT
2025 Collections Ctr Dr.
Chicago, IL 60693-0020

Sunrise Medical Laboratories
250 Miller Place
Hicksville, NY 11801

Quest Diagnostics WDL
12989 Collections Center Dr.
Chicago, IL 60693-0129

The Hartford
P.O. Box 660916
Dallas, TX 75266-0916

Quest Diagnostics WHC
P.O. Box 50368
Los Angeles, CA 90074-0368

The Shred Authority
4101 W. 124th Place
Alsip, IL 60803

Quest Diagnostics WHC 73911310
P.O. Box 50368
Los Angeles, CA 90074-0368

Trustpilot, Inc.
245 Fifth Avenue, 4th Floor
New York, NY 10016

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Analyte Health, Inc.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Analyte Health, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**APEX Holdings, LLC**
**sole shareholder of the Debtor**

☐ None [*Check if applicable*]

**August 23, 2018**

Date

**/s/ SCOTT R. CLAR**

**SCOTT R. CLAR**

Signature of Attorney or Litigant

Counsel for   **Analyte Health, Inc.**

**Crane, Simon, Clar & Dan**

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777 Fax:312-641-7114**

8/23/18 12:06PM

# United States Bankruptcy Court
## Northern District of Illinois

In re   __Analyte Health, Inc.__

Debtor(s)

Case No. _____

Chapter   __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Analyte Health, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**APEX Holdings, LLC**
**sole shareholder of the Debtor**

☐ None [*Check if applicable*]

Date   _8/23/18_

**SCOTT R. CLAR**
Signature of Attorney or Litigant
Counsel for   __Analyte Health, Inc.__
**Crane, Simon, Clar & Dan**
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777 Fax:312-641-7114**